

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2015

No. 04-15-00551-CV

Richard Matthew **VILLAREAL,**
Appellant

v.

Rebecca L. **VILLAREAL**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18202
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Appellant has filed a motion for emergency relief requesting this court to order that the children who are the subject of the underlying lawsuit remain in Bexar County, Texas in appellant's possession pending the outcome of the appeal. Appellee is ORDERED to file a written response to this motion no later than ten days from the date of this order.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court